AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

District of Colorado

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 6 2017

JEFFREY P. COLWELL
CLERK

Shaaban Shaaban Hafed
A 073-353-789
)
)
)
)
*Petitioner*
)
)
v.
)      Case No.
)                  *(Supplied by Clerk of Court)*
The secretary of the Department of Homeland Security
)
'17 - CV - 02139
)
)
)
*Respondent*
)
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a)  Your full name:   Shaaban Shaaban Hafed

    (b)  Other names you have used:   none

2.  Place of confinement:

    (a)  Name of institution:   Aurora Detention Center

    (b)  Address:   3130 N. Oakland St.

    Aurora, Colorado   80010

    (c)  Your identification number:   A 073-353-789

3.  Are you currently being held on orders by:

    ☑ Federal authorities        ☐ State authorities        ☐ Other - explain:

4.  Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)

    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

    If you are currently serving a sentence, provide:

    (a)  Name and location of court that sentenced you:

    (b)  Docket number of criminal case:

    (c)  Date of sentencing:

    ☑ Being held on an immigration charge

    ☐ Other (*explain*):

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.    What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☑ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*: _____

_____

_____

6.    Provide more information about the decision or action you are challenging:

(a)  Name and location of the agency or court:    Immigration Court

3130 N. Oakland St. Aurora, CO 80010

(b)  Docket number, case number, or opinion number:    A 073-353-789

(c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

voluntary deportation, entitle for release as no mandatory detention required by law and no involuntary removal

required by immigration law. spent more than 10 1/2 months in Aurora detention center

(d)  Date of the decision or action:    02/16/2017

## Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes                    ☐ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court:   Board of Immigration Appeals

_____

(2)  Date of filing:   03/15/2017

(3)  Docket number, case number, or opinion number:    a 073-353-789

(4)  Result:    pending for more than 5 months

(5)  Date of result: _____

(6)  Issues raised:   request for voluntary removal.

_____

_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

(b)  If you answered "No," explain why you did not appeal: _____

_____

8.  **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes          ☐ No

(a)  If "Yes," provide:

    (1)  Name of the authority, agency, or court: _____

_____

    (2)  Date of filing: _____

    (3)  Docket number, case number, or opinion number: _____

    (4)  Result: _____

    (5)  Date of result: _____

    (6)  Issues raised: _____

_____

_____

_____

_____

_____

(b)  If you answered "No," explain why you did not file a second appeal: _____

_____

9.  **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☐ No

(a)  If "Yes," provide:

    (1)  Name of the authority, agency, or court: _____

_____

    (2)  Date of filing: _____

    (3)  Docket number, case number, or opinion number: _____

    (4)  Result: _____

    (5)  Date of result: _____

    (6)  Issues raised: _____

_____

_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____
_____

(b)  If you answered "No," explain why you did not file a third appeal: _____
_____
_____

10.  **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes              ☑ No

If "Yes," answer the following:

(a)  Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes              ☐ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____
_____
_____
_____
_____

(b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes              ☑ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____
_____
_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c)     Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
        conviction or sentence:   because it is immigration matter

11.     **Appeals of immigration proceedings**

        Does this case concern immigration proceedings?

        ☑ Yes                    ☐ No

        If "Yes," provide:

(a)     Date you were taken into immigration custody:  10/14/2016

(b)     Date of the removal or reinstatement order:  02/16/2017

(c)     Did you file an appeal with the Board of Immigration Appeals?

        ☑ "Yes                   ☐ No

        If "Yes," provide:

        (1)  Date of filing:  03/15/2017

        (2)  Case number:  A 073-353-789

        (3)  Result:    pending for more than 5 months

        (4)  Date of result:

        (5)  Issues raised:   voluntary removal without detention and limitation of tme as I am not deportable
        alien

(d)     Did you appeal the decision to the United States Court of Appeals?

        ☐ Yes                    ☑ No

        If "Yes," provide:

        (1)  Name of court:

        (2)  Date of filing:

        (3)  Case number:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____
_____
_____
_____
_____
_____

12.   **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes          ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____
_____
_____
_____
_____
_____

## Grounds for Your Challenge in This Petition

13.   State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:**  I held for more than 10 1/2 months in Aurora detention center despite I did not challenge my removal from US, but the immigration charges which I removed pursuant to it did not require mandatory detention and involuntary removal, so holding me till now is violation of Due process clause of the fifth Amendment of the US constitution and it is cruel and unusual torture and punishment

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

US Supreme court decision in many petitions  and US courts of Appeals decisions in many immigration appeals

also under 8 USCS { 1228, 8 USCS { 1229(c), 8 USCS { 1226(c)

_____

_____

_____

_____

(b) Did you present Ground One in all appeals that were available to you?

☑Yes              ☐No

**GROUND TWO:** _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

_____

(b) Did you present Ground Two in all appeals that were available to you?

☐Yes              ☐No

**GROUND THREE:** _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

(b) Did you present Ground Three in all appeals that were available to you?

☐Yes              ☐No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b)  Did you present Ground Four in all appeals that were available to you?
❏ Yes          ❏ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did
not: _____

**Request for Relief**

15. State exactly what you want the court to do:  to be released immediately, let me deport myself or to be deported voluntary from my home state Indiana with my family.

_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

Sept. 4, 2017

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:        09/03/2017

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

| | |
|---|---|
| **HAFED, SHAABAN SHAABAN**<br>**A073-353-789**<br>**DHS / ICE / GEO**<br>**3130 N. OAKLAND STREET**<br>**Aurora, CO 80010** | **DHS/ICE Office of Chief Counsel - AUR**<br>**12445 East Caley Avenue**<br>**Centennial, CO 80111-5663** |

Name: HAFED, SHAABAN SHAABAN                          A073-353-789

**Type of Proceeding: Removal**                  **Date of this notice: 3/15/2017**

**Type of Appeal:** Case Appeal                  **Filed by:Alien**

### FILING RECEIPT FOR APPEAL

The Board of Immigration Appeals acknowledges receipt of your appeal and fee or fee waiver request (where applicable) on  3/13/2017     in the above-referenced case.

**WARNING:**  If you leave the United States after filing this appeal but before the Board issues a decision your appeal will be considered withdrawn and the Immigration Judge's decision will become final as if no appeal had been taken (unless you are an "arriving alien" as defined in the regulations under 8 C.F.R. § 1001.1(q)).

**WARNING:**  If you have been granted voluntary departure by the Immigration Judge, you must submit sufficient proof of having posted the voluntary departure bond set by the Immigration Judge to the Board of Immigration Appeals.  Your submission of proof must be provided to the Board within 30 days of filing this appeal.  If you do not timely submit proof to the Board that the voluntary departure bond has been posted, the Board cannot reinstate the period of voluntary departure.  8 C.F.R. § 1240.2(c)(3)(ii).

**PLEASE NOTE:**
In all future correspondence or filings with the Board, please list the name and alien registration number ("A" number) of the case (as indicated above), as well as all of the names and "A" numbers for every family member who is included in this appeal.

If you have any questions about how to file something at the Board, you should review the Board's Practice Manual at www.justice.gov/eoir.

Proof of service on the opposing party at the address above is required for ALL submissions to the Board of Immigration Appeals -- including correspondence, forms, briefs, motions, and other documents.  If you are the Respondent or Applicant, the "Opposing Party" is the District Counsel for the DHS at the address shown above.  Your certificate of service must clearly identify the document sent to the opposing party, the opposing party's name and address, and the date it was sent to them.  Any submission filed with the Board without a certificate of service on the opposing party will be rejected.

LeH

Userteam: PCM

08/02/2010 15:41 FAX 18904989XX @001/001

**U.S. Department of Homeland Security**

## Immigration Detainer – Notice of Action

Subject ID : 282156913

Event No: PUB1003000013

File No. A045 197 945

Date: March 2, 2010

TO: (Name and title of institution)
FLORENCE ADMAX US PEN.
P.O. BOX 8500
5880 HWY 67 SOUTH
FLORENCE, CO 81226

From: (Office address)
DRO - Pueblo, CO Sub-Office
U.S. IMMIGRATION & CUSTOMS ENFORCEMENT
DRO - Pueblo, CO Sub-Office
PUEBLO, CO 81001

Name of alien: AHMAD SHABAN, Shaban Hafiz    Alies 07797-028

Date of birth: 03/15/1952                Nationality: JORDAN                          Sex: M

You are advised that the action noted below has been taken by the U.S. Department of Homeland Security concerning the above-named inmate of your institution:

[X] Investigation has been initiated to determine whether this person is subject to removal from the United States.

[ ] A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on
_____ (Date)

[ ] A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____ (Date)

[ ] Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work, and quarters assignments, or other treatment which he or she would otherwise receive.

[X] Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sunday's and Federal holidays) to provide adequate time for DHS to assume custody of the alien. You may notify DHS by calling _____ during business hours or _____ after hours in an emergency.

[X] Please complete and sign the bottom block of the duplicate of this form and return it to this office. [ ] A self-addressed stamped envelope is enclosed for your convenience. [X] Please return a signed copy via facsimile to _____

Return fax to the attention of _____, at _____
(Name of officer handling case)          (Area code and fax number)

[X] Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
(Area code and phone number)

[g] Notify this office in the event of the inmate's death or transfer to another institution.

[J] Please cancel the detainer previously placed by this Office on _____

RONALD GIEBEL _____                              IMMIGRATION ENFORCEMENT AGENT
(Signature of Immigration Officer)                          (Title of Immigration Officer)

ceipt acknowledged:

e of last conviction: 5-26-06      Latest conviction charge: Consp to Commit Offense Against U.S.

nated release date: 10-14-2016

ture and title of official: D Felk, CSO

Qualanton
3130 North Oakland St

Form I-247 (Rev. 08/01/07)

*Dismissed*

U.S. Department of Homeland Security

**Notice to Appear**

## In removal proceedings under section 240 of the Immigration and Nationality Act:

Subject ID: 355317304          FINS: 1187209413

DOB: 03/15/1952          File No.: 073 353 789
          Event No: PUE1603000041

In the Matter of:

Respondent: SHAABAN SHAABAN HAFED AKA: SHAABAN,   See Continuation Page Made a Part Hereof _____ currently residing at:

DHS/ICE - GEO 3130 N. OAKLAND ST. Aurora, COLORADO, 80010          (303) 361-6612
          (Number, street, city and ZIP code)          (Area code and phone number)

☐ 1. You are an arriving alien.

☐ 2. You are an alien present in the United States who has not been admitted or paroled.

☒ 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;

2. You are a native of LEBANON and a citizen of LEBANON;

3. You were admitted to the United States at New York, New York on or about June 26, 1996 as an F41 Lawful Permanent Resident.

4. You were, on May 26, 2006, convicted in the United States District Court [at] the Southern District of Indiana for the offense of Tampering with a Witness [in violation of 18 USC §1512(b)(1) ] for which the sentence imposed was forty (40) months imprisonment in the custody of the United States Bureau of Prisons, an offense for which a sentence of 5 years imprisonment or more may be imposed. Case Number: 1:05CR00034-001.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 237(a)(2)(A)(iii) of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in section 101(a)(43)(_S_) of the Act, an offense related to obstruction of justice, for which the term of imprisonment is at least one year.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐8CFR 208.30(f)(2) ☐8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
Denver Contract Detention Facility 3130 N. Oakland St. Aurora CO 80010. EOIR Aurora, CO

          (Complete Address of Immigration Court, including Room Number, if any)

on To be set. _____ at To be set. _____ to show why you should not be removed from the United States based on the
     (Date)          (Time)

charge(s) set forth above.          H 4053 QUALANTONE          SDDO
                    (Signature and Title of Issuing Officer)

Date: October 14, 2016          Florence, Colorado

                    (City and State)

          See reverse for important information

          Form I-862 (Rev. 08/01/07)

**U.S. Department Homeland Security**

**Additional Charges of Inadmissibility/Deportability**

In:   ☒ Removal proceedings under section 240 of the Immigration and Nationality Act

☐ Deportation proceedings commenced prior to April 1, 1997 under former section 242 of the Immigration and Nationality Act

In the Matter of:                              *removal order based on these charges*

Alien/Respondent:   Shaaban Hafed

File No:   A073 353 789        Address:   3130 N. Oakland Street Aurora, CO 80010

There is hereby lodged against you that you are subject to being taken into custody and deported or removed from the United States pursuant to the following additional provision(s) of law:

Section 237(a)(1)(A) of the Immigration and Nationality Act (Act), as amended, in that at the time of entry or of adjustment of status, you were within one or more of the classes of aliens inadmissible by the law existing at such time, to wit: aliens who seek to procure, or have sought to procure, or who have procured a visa, other documentation, or admission into the United States, or other benefit provided under the Act, by fraud or by willfully misrepresenting a material fact, under Section 212(a)(6)(C)(i) of the Act.

Section 237(a)(1)(A) of the Immigration and Nationality Act (Act), as amended, in that at the time of entry or of adjustment of status, you were within one or more of the classes of aliens inadmissible by the law existing at such time, to wit: an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under section 211(a) of the Act, under 212(a)(7)(A)(i)(I) of the Act.

In support of the additional charge(s) there is submitted the following factual allegation(s) ☒ in addition to ☐ in lieu of those set forth in the original charging document:

5. You falsely represented your date of birth, country of birth, and failed to disclose your children on your application for adjustment of status, approved on December 5, 1994, and failed to disclose your alias and prior undissolved marriage on your I-130 immigrant visa petition, approved on December 5, 1994.

6. You were legally married to both Svetlana Anatolevna Shaban and Hanan Zayed Hafed at the time your application for adjustment of status was approved on December 5, 1994.

Date:   December 22, 2016

_____
(Signature of ICE Counsel)

IMMIGRATION COURT
3130 N. OAKLAND ST.
AURORA, CO  80010

In the Matter of

HAFED, SHAABAN SHAABAN                    Case No.: A073-353-789
          Respondent

                                          IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on 2·16·2017
This memorandum is solely for the convenience of the parties.  If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.
[ X ]  The respondent was ordered removed from the United States to Lebanon
              or in the alternative to _____
[  ]   Respondent's application for voluntary departure was denied and
       respondent was ordered removed to _____ or in the
       alternative to _____
[  ]   Respondent's application for voluntary departure was granted until
       _____ upon posting a bond in the amount of $ _____
       with an alternate order of removal to _____.
Respondent's application for:
[  ]   Asylum was ( )granted  ( )denied( )withdrawn.
[  ]   Withholding of removal was ( )granted ( )denied ( )withdrawn.
[  ]   A Waiver under Section _____ was ( )granted ( )denied ( )withdrawn.
[  ]   Cancellation of removal under section 240A(a) was ( )granted ( )denied
       ( )withdrawn.
Respondent's application for:
[  ]   Cancellation under section 240A(b)(1) was ( ) granted ( ) denied
       ( ) withdrawn.  If granted, it is ordered that the respondent be issued
       all appropriate documents necessary to give effect to this order.
[  ]   Cancellation under section 240A(b)(2) was ( )granted ( )denied
       ( )withdrawn.  If granted it is ordered that the respondent be issued
       all appropriated documents necessary to give effect to this order.
[  ]   Adjustment of Status under Section _____ was ( )granted ( )denied
       ( )withdrawn.  If granted it is ordered that the respondent be issued
       all appropriated documents necessary to give effect to this order.
[  ]   Respondent's application of ( ) withholding of removal ( ) deferral of
       removal under Article III of the Convention Against Torture was
       ( ) granted ( ) denied ( ) withdrawn.
[  ]   Respondent's status was rescinded under section 246.
[  ]   Respondent is admitted to the United States as a _____ until _____.
[  ]   As a condition of admission, respondent is to post a $ _____ bond.
[  ]   Respondent knowingly filed a frivolous asylum application after proper
       notice.
[  ]   Respondent was advised of the limitation on discretionary relief for
       failure to appear as ordered in the Immigration Judge's oral decision.
[  ]   Proceedings were terminated.
[  ]   Other: _____
       Date: 2-16-2017

                                          IVAN E. GARDZELEWSKI
                                          Immigration Judge

Appeal:  (Waived)/Reserved    Appeal Due By:

310

# To Whom It May Concern

# GEO acts as a Government in the Government

I shaaban S. Hafed, detainee by the Bureau of Immigration & Customs Enforcement (ICE) since 10/14/2016, professor, doctor of science, international investigative journalist, writer and was a political prisoner in the USA since 3/3/2005, 65 years old, had been attacked and assaulted by the GEO employee Howarth, on 7/17/2017 during his work in the E-1 segregation unit in the GEO private detention center located in Aurora, Colorado. I injured when Howarth slammed the cell door on me, seemly my shoulder broke or dislocated or the bones and muscles pressed in extreme way which needed emergency help and X-ray but I deprived from having it because of the lieutenant (Lt) Knight's fault when he ordered officers, who are GEO civilian employees, to restrain me when I leaving my cell despite my injuries and extreme pain, so I could not escorted to the medical service without cuffs or to be cuffed in the front.(GEO is private civilian contractor, gave its employees military or the Federal Bureau of prisons (FBOP) ranks as officer, lieutenant, major even the director called himself warden, it is only to impress the detainees and to let believe that they are under federal authority and power)

I deprived from my right to have a medical service treatment which is negligence and made my injuries worst every day of delaying treatment.

The attack-detail in the following:

1- 2 months ago ( exactly on 5/15/2017) GEO civilian employee Howarth  was assigned to E-1 unit in the first shift starting on 7 am to 3 pm, the nurse came during the day to distribute medications as usual, she tried to give me medications for my pain and sicknesses but I told her that I will keep it till evening as I was fasting, she did not oppose it, but Howarth suddenly opened

the cell's door and grabbed the medications from the shelf in non-friendly way and gave it back to nurse who surprised but could not said anything against what Howarth done. I became mad and angry I stopped talking to him at all in that day and after it. He interfered in medical service' job without request from the nurse who did not opposed to keep medications as I have all medications in my cell, but that blood pressure medication was finished and no refilled yet, so usually nurses give to me replacement as temporary solution till medication card arrival. I deprived from my blood pressure medications which I could suffered heart attack or stroke or any other fatal consequences. I wrote a complaint which Lieutenant Anding response to it on 5/18/2017 sided with Howarth against me and I unfortunately did not appeal the erroneous response. See exhibit MF-1

2- Three weeks ago Lt. Knight assigned to E-1 unit GEO employee Perry who usually acting in disgusting ways farting loudly in the front of detainees, whistling in noisy voice all day, and interfere in the detainees personal activities as looking in the cells while detainees using the toilet, looking inside shower while detainees taking a shower and naked, he seemly sick. I went with another detainee to law library at 1 pm and returned back at 3 pm when I returned back I mentioned that all my food and commissary gone, even drinking powders and coffee were less than I left it, Perry said that he threw it a way, I was outrageous, why he did not do the search in the morning or when I was in the shower, about shower he came and looked in the shower while I took a shower and naked at 10 am and asked me again if I need a razor, despite I told him that I did not need a razor before I started the shower, I told him no in loud voice while he looked to me while I was naked, and why he waited till I was in the law library to do what he did, he acted as a burglar not as professional guard, I cursed him and asked to see the lieutenant, nobody came and Perry left at 3 pm when his work finished he started at 7 am. So the next shift was officer Charley who under the order of lieutenant Anding  recovered from trash many stuff as soup, oyster, sardines, tuna, and other commissary stuff which bought by me and other detainees who gave it to me in gift or I borrowed it for my health need. I don't eat from trash. So I filed complaint which Lt. Anding denied it and started to defense

Perry by seeing that I did not buy the commissary, and forgot about stuff bought by me to justify the denial to compensate me 100$ for lost food, any way the other confiscated and thrown in the trash stuff was peanut butter in packets, jelly packets, bread , good oranges and able, so it was not spoiled or bad products despite it given by the kitchen, it was fast month Ramadan which ended few days ago, and I as sick with hemorrhoid I did not eat a lot or as usual so I kept some product to eat it later also I am diabetic. I denied justice again by Anding. See exhibit MF-2. I appealed the denial but I received more lies that I stored in abundance food served by the facility due to sanitation and health hazards, which nothing true in it, I had jelly, peanut butter and no any spoiling food. And not 10 bags but 4 bags other bags had no food at all. See exhibit MF-3.

3- On 7/17/2017 Knight assigned to E-1 unit GEO employee Howarth in the first shift, who I tried not to talk with him to avoid conflict with him after he took my medications on May, 2017. I was normal and found it difficult to ask him to do anything for me, but because I needed shower for my health need to minimize the burn and pain as result of the hemorrhoid, I asked at 10 am to take a shower, and I went to shower, I did what usually I am doing I higher the short curtain on the shower bars door to have privacy and to not let the security camera see me naked in the shower, and I put my T- shirt in the lower part of the door, it not blocked whole door, I even do less than other detainees doing to cover up the door, I started to take a shower when Howarth came and asked me to remove the T-shirt which nothing to do with safety and security as no one officer before told me to do so, I told him to call the lieutenant, he did not call anybody, he acted as usual as prosecutor, judge and executor, he removed the T-shirt and took with it the laundry bag and threw it outside the unit. He put me in embarrassed situation, I was naked, we have in the unit transgender-female detainee, also our religion and culture required privacy while naked, I started to curse him and to bring my T-shirt back, he seemly planned confrontation and fight under Lt. Knight order to drag me in it deliberately, knowingly and intentionally. It was violation of privacy and respect treatment which GEO promised to guarantee.

4- I finished the shower and I refused to go back in cuffs as Howarth asked me to turn around, I had been served without cuffing me, also I did not trust him and I asked him to call the lieutenant who I will return back by his escort only not by Howarth, he refused to call the lieutenant, he went and sat on his chair.

5- After 10 minutes he came by his decision, opened my cell door and after that he opened the shower door and went back to his chair. I thought it was a trick to attack me, I waited for few minutes, I grabbed my things in the shower and went to my cell which located 5-6 feet from the shower to prepare for the social time which started at 11 am while it was 11 05 am when I returned to my cell. The cell door remained open I thought he will not do anything after what done as he opened the shower door by himself and let me go so no threat as the charges later stated. If there was a threat he will not open the shower door. I was under threat by big size man. I grabbed the cup with clean drinking water to heat it in the microwave and a milk packet to start my social time, suddenly while I was almost half way to leave the cell the cell door slammed on me, the cup fell down the water splashed on me and seemly on the Howarth and the milk fell down on the floor, my shoulder hurts as I tried to protect my hands, shoulder became very painful. The cell door closed and I needed emergency help.

6- At that time seemly Howarth gone for lunch and replaced him for few minutes GEO employee Brian, the Indian original guy, I asked three times Brian to come to my door but seemly he ignored all my calls under Howarth order, I wanted him to call medical for emergency call, even I wrote medical kite and passed it through the cell door, he took it but did not talk with me.

7- Brian left and Howarth returned back, I asked for help as pain was extreme in the shoulder. He refused till 2 pm when GEO employee Quezada came to take part in the 2 pm count, an old good woman I screamed to her for help but I heard Howarth telling her: don't worry about him, seemly Quezada forced Howard to call medical and after 2 pm he called but nobody came from medical service, seemly it was just fake call made by Howarth to let me heard him and Ms. Quezada that he asked for medical assistant falsely.

8- I wrote complaints and asked for help but I did not get anything even next day, I was the victim, on Tuesday came to me evening Lt. Grestein with charge paper and asked me to write my point of view of what happened, I wrote 4 pages quickly as I could within one hour as Grestein asked me to do, I gave it to him, I read the charges after he left, he read to me my rights and I signed on it. See Exhibit MK-4, I read the charges which were full of lies written by Howarth which contained 16 contradictory facts.

9- On the morning of the Wed. 7/19/2017 came to my cell Lt. Anding after I told the GEO employee sent by Anding to escort me to his office that I cannot go to his office because I am sick, in pain and not ready to do so, he handed to me a paper that the hearing postponed which scheduled on 7/19/2017 on Tuesday (seemly it supposed to say Wed.) I did not tell him anything and he did not tell me that it was a hearing through my cell's slot, and it only took 2 minutes our meeting, he went back. See exhibit MF-5.

10- On Thursday 7/20/2017 I received so call Institution Disciplinary Panel (IDP) report by GEO employee. See Exhibit MF-6 which imposed upon me 60 days disciplinary punishment for violation I did not commit, I never presented evidence, witnesses, facts and I never called to attend the hearing and no hearing in reality took place. The panel was one person Lt. Anding, he was the prosecutor, judge and executor. I never presented my case. I never asked to attend this so called Panel and I had been judged in absence deliberately and knowingly which the monkey's court has more justice than this panel. The judgment was severe and cruel, seemly Lt. Anding in conspiracy with Lt. Knight waited this opportunity for long time to show their hatred and racism against me, 60 days in the disciplinary segregation for violation code 108(assault), (Assault with drinking cleaning water, which is asinine joke), no personal property allowed except for legal, religion and personal hygiene items, no commissary food allowed begin on 7/17 to 9/14/2017. Also I deprived from TV, inside recreation time, and must escort by two so called officers, one hour outside recreation, which mean 23 hours in the cell, no books, no news channels and nothing. This never happened and I never saw similar to it in the ADX super max. Federal prison where I spent 10 years. What crime I committed, I was the victim not the criminal. Who gave Lt.

Anding the right to impose cruel and unusual punishment in violation of the 8th Amendment of the US constitution????

11- Lt. Anding forgot that I am not in prison, I am here for removal administrative proceeding, GEO has no right to be a government in the government, cannot using federal Bureau of Prisons (FBOP) rules and regulation, also cannot use the federal disciplinary system and special management units regulations or so called PBNDS( performance based national detention standard). GEO cannot acting on behalf of federal government and federal courts and impose punishment on detainees who are ICE detainees and housing in the GEO facility to treat them with respect and without punishment. If I assault GEO employee the state or local police who is the official authority in the Colorado state must file a report to them and if it is a criminal case must be filed in the court of law by the officially appointed District Attorney, not GEO which acting as prosecutor, court and executor on the same time ignoring the existence of the state and the federal authority who has a real power and imposing the law on the citizens. GEO employees are civilians as the detainees they cannot take the law in their hands and impose it by themselves when they want to do so. Lt. Anding in response to my kite on 7/19/2017(see exhibit MF-6) tried to justify the IDP report through his lies that he did the hearing at my cell. But in fact he gave me only a piece of paper as I mentioned it in exhibit MF-5. He is a professional liar.

12- The 60 days punishment in the solitary confinement with all other restrictions are violation of the UN resolution against torture which passed in 2016 and the US signed on it, this resolution recognized that more than 14 days in solitary confinement is a torture. So GEO imposing torture on the administrative detainees who are waiting deportation and not under federal or states courts punishment for crimes. GEO exceeded it power and acting as butcher and a government inside the US government. The IDP report must be cancelled immediately as it violating the state of Colorado law, the federal law, the US constitution and International human rights convention.

13- I need to have a medical treatment immediately for my shoulder, after a week from assault against me by slamming heavy duty steel door on it only I got opportunity to have X-ray which it was negligence by GEO medical staff,

the pain continues till now. No medical help I got only the report made by nurse Bjelan on Thursday 7/20/2017 which I had no copy of it despite I asked for copy. See Exhibit MF-7.

14- For more than four months I had an extreme pain in my rectum, I don't know if it is hemorrhoid or prostate cancer or colon cancer or something else, GEO refused to transfer me to hospital for diagnosis and treatment. I can die or my health deteriorated more for worst in absence of correct and effective timely treatment while the untimely treatment will be ineffective and baseless if the important time passed without getting necessary treatment.( see few exhibits attached to this report regarding this issue). Also see the ACLU report about fatal neglect in ICE private detention center.

15- I need a police investigation immediately for the assault on me and attempt to murder me. Seemly it was a failed planned assassination plot.

16- On 8/2/2017 again I had been robbed while I was in the law library, GEO employee Hill entered my cell in my absence and took peanut butter, jelly, even 2 new batteries given to me by GEO employee Admin to use it in the radio which also belongs to GEO, and what shocked me that this Hill threw away all my medications, the medication cards were empty from all tablets which I take it on daily basis to treat my high blood pressure, diabetic and high cholesterol, also the fiber which soften my stool to not have extreme pain when I using toilet because of hemorrhoid, why all these searches and seizure and targeting me?? And on 8/5/2017 assigned to E-1 segregation unit GEO employee Perry who stole my commissary and other stuff month ago, to create new conflict and to drag me in unpredicted revenge to charge me on criminal charges, I am in danger here, I need to be transferred to any ICE facility far from Colorado, or to deport me now.

17- My life in extreme danger, for almost 10 months since ICE agents arrested me when I released from ADX super max prison located in Florence, Colorado I did not removed from US because of the ICE negligence and bad work despite I demanded removal on the day of my release on 10/14/2016 but seemly there is PAY-To-Play scam between ICE and GEO private contractor to delay my removal by keeping me as long as possible as many other detainees for more profits and bribes paid to the federal officers to get more costumers

and keep them forever in the detention center, or there is a plan to kill me and not to let me leave US alive. I need help and to be transferred immediately from here to any ICE detention center, particularly to Chicago where my family will be close to me to spare my life and to get the necessary treatment. ICE carries responsibility for anything will happen to me.

Respectfully submitted

8/8/2017

Prof. Shaaban Hafed<br>
73353789<br>
GEO Aurora detention center<br>
3130 N. Oakland St.<br>
Aurora, CO 80010

# EVIDENCE

These are the evidence which proving that what mentioned in the report was true.

# DETAINEE GRIEVANCE FORM

CASE# _17-196_

Howarth

**73353789**
Detainee ID Number

_Shaaban Hafed_
Detainee Name (Nombre de detenido)

_E-1_
Dorm (Dormitorio)

Detainee Signature (Firma)

_8-15-2017_
Date Grievance is Written

Grievance Coordinator Signature

_5-16-17_
Date Grievance is Received

**Statement of Grievance:**

Why officer (today first shift from 7 am to 8 pm) interfered in my medications? I deprived from my blood pressure medications because of his unforgiven interference, the nurse did not give me medications cards on time, so she tried to give me today medications which I take it usually under time table, not all together but he saw I did not take it before him, he opened the cell door took medications from the shelf and handed it to nurse who surprised why he done that.

**Relief Sought:** officer needs to be punished for sticking his nose in medical service, I can had stroke or heart attack without daily dose of medications for blood pressure specifically (I asked him for

**Grievance Findings:** grievance he refused to give it to me, second shift gave it to me

Department Head Signature/Date: _____ _5/18/17_

wed By/Date: _____ _5/22/17_
**Assistant Warden of Operations**

ed By/Date: _____
**Warden**

# MEMORANDUM



**Corrections & Detention ®**

Date: 5/18/17

To: Grievance Coordinator, K. Martin

CC. Hafed, Shanban #73353789

From: Lieutenant, T. Anding

**GEO Corrections & Detention**
Aurora Ice Processing Center
3130 Oakland St
Aurora, Co. 80013

TEL: 303-361-6612
www.geogroup.com

**RE: GRIEVANCE #17-196**

A review of grievance #17-196 was conducted. You stated in your grievance you stated that an Officer deprived you of your medication. During an interview with the Officer it was learned that you did not take the medication when it was given to you from the nurse. You were told that you had to take it right then but you still refused. Staff went into your cell to retrieve the medication when they found another small cup full of your medication. Both cups of medications were taken and returned to medical. You are not allowed to store up your medication for use when you want them.

This memo is being written for documentary purposes only.

Red Person Medication Sign Out Sheet

GEO
The GEO Group, Inc.®

Inmate Name: Hayed, Shoaban

Inmate Number: 7335 37 89

| Date | | | Medication | Quantity | Inmate Signature | Nurse Signature |
|---|---|---|---|---|---|---|
| 3 | 14 | 17 | Lipitor 10mg | #30 | | |
| 3 | 14 | 17 | Aspirin 81 mg | #30 | | |
| 3 | 14 | 17 | Glitizide 10mg | #30 | | |
| 3 | 14 | 17 | Lisinopril | #30 | | |
| | / | / | | | | |
| | / | / | | | | |
| | / | / | | | | |
| | / | / | | | | |
| | / | / | | | | |
| | / | / | | | | |
| | / | / | | | | |
| | / | / | | | | |

09/14

HS-146

# DETAINEE GRIEVANCE FORM

9335 3789

CASE# _Duplicate_

~~Shaaban~~

**Detainee ID Number** _____

Shaaban Haled

**Detainee Name (Nombre de detenido)** _____

E-1

**Dorm (Dormitorio)** _____

**Detainee Signature (Firma)** _____

7 - 1 - 2017

**Date Grievance is Written** _____

**Grievance Coordinator Signature** _____

**Date Grievance is Received** _____

**Statement of Grievance:**

Yesterday when I returned from law library around
300 pm, I found that many of my property and products
purchased in commissary are missing GEO employee parry
made without probable cause search and seizure and
in violation of rules stole my property in my absent
he could made search while I was in the dorm, he always
doing these unnecessary searches and seizures because
it is sexually satisfied for sadistic behaviour, I lost a lot

**Relief Sought:**

Parry must be fired from GEO as racist and sadist and
sexual maniac, he needs to compensate me 100 $ to
s deposited on my account to buy products which
similar stolen by parry also I still have the right

**evance Findings:** For self defense to recover my stolen property

_____
_____
_____
_____
_____
_____

**ment Head Signature/Date:** _____

**By/Date:** _____

**Assistant Warden of Operations**

**y/Date:** _____

**Warden**



# MEMORANDUM

**Date:** 7/6/17

**To:** Grievance Coordinator, K. Martin

**CC.** Hafed, Shaban #76653789

**From:** Lieutenant, T. Anding

GEO Corrections & Detention
Aurora Ice Processing Center
3130 Oakland St
Aurora, Co. 80013

TEL: 303-361-6612
www.geogroup.com

**RE: GRIEVANCE #17-247**

A review of grievance #17-247 was conducted on 7/6/17. You stated in your grievance that an Officer conducted a shake down of your cell without you being there and took your commissary items such as Tuna, Sardines and Oysters that you were keeping in your brown bags, several bags of fruit and empty pop bottles from commissary. During the interview with you; you reiterated the same thing as stated in your grievance and asked that the Officer pay you $100 dollars because of pain and suffering caused by this. An interview was conducted with the staff member and it was determined that they did take several (10) brown bags of fruit, bread, peanut butter and jelly that you were saving in your room. The staff member stated they never saw any commissary items that you stated you were missing but they didn't look in each bag that they took.

The staff member was instructed to look at everything that is taken to ensure it is what it is and if at all possible to ensure you are present during the shake downs. A review was conducted of your commissary purchases for the year, during the review it should that you have only made two purchases from canteen and on either purchase you did not order Tuna, Oysters or Sardines. Your request to have the Officer pay you $100 is denied.

This memo is being written for documentary purposes only.

# APPEAL PROCESS

To appeal the grievance decision, sign the form at the bottom of the page with your stated basis for the appeal and return this form to the grievance drop box located in the unit. File the appeal within five (5) days after receiving the decision.

Para apellae la decision de su queja, firma en al fondo de esta pagina con su razon de apellacion. Regrese esta forma en la caja de quejas. Cinco (5) tres dias para apellar depues de recibir su decision.

**Detainee Signature/Date Submitted:** _____

**Basis of Appeal:** Officer Charley is a witness, and detainee Denshi is a witness that they saw the products which recovered from trash by Charley, among it soap, Tuna, Oysters and sardines, peanut butter, not important if I purchased it or given to me as exchange for something else, it is commissary products, also Pavy expelled coffee, capachino, cocoa, Nestea and sugar in toilet, it was not the same when I left it, he needs to pay 100 $ for products and for emotional stress also need to be fined, I reserve the right

**Grievance Committee Decision:** For self-defense anytime.

See attached

_____

_____

_____

_____

_____

_____

_____

_____

**Committee Member Signature/Date:** _____  7/12/17

**Final Appeal:** _____

_____

_____

_____

**Warden Signature/Date:** _____

Revised 2/10/15

# MEMORANDUM



Date: July 12, 2017

To: Shaban Hafed 7❓53789

From: Appeal Committee

RE: **GRIEVANCE APPEAL COMMITTEE**

The GEO Group, Inc.
GEO Corrections
Aurora ICE Processing Center
3130 N. Oakland Street
Aurora, CO 80010
www.geogroup.com

We are in receipt of your grievance appeal and concur with the original response. Detainee handbook Supplement states the following "Food served during meal service will not be stored in abundance in your living/bed area due to sanitation and health hazards". 10 bags of food were removed from your cell which constitutes an abundance. Any requests to transfer need to be made in writing to your Immigration Case Officer.

D. Thompr 7/12/2017

7/12/17

# INCIDENT OF PROHIBITED ACTS AND NOTICE OF CHARGES

Detainee Name: Hafed, Shaban

A-Number 73353-789

ID# N/A

Nationality: Lebanon

Date & Time of Incident: 07/17/17 @ 1020

Housing Assignment: E1-107

Incident Location: E1-Shower and Cell

Work Assignment: N/A

Classification Level: High

## PROHIBITED ACTS:

| | | | |
|---|---|---|---|
| 1. | Assaulting a staff member | Code: | 108 |
| 2. | Threatening a staff member | Code: | 100 |
| 3. | Refusing to obey an officer's order | Code: | 307 |
| 4. | Insolence toward a staff member | Code: | 308 |

## Description of Incident:

On the above date and time Hafed was in the shower and covered up the entire screen with clothing and the shower curtain. Hafed was no longer visible. I asked Hafed twice to remove the clothing explaining I needed to see his head and feet. Hafed refused to remove the clothing. I then ordered Hafed to remove the clothes and he refused. After Hafed stepped away from the door I reached through the opening in the door and removed the clothing along the bottom of the door. Hafed cussed me out saying "fuck you, you son of a bitch pig". After finishing the shower I told him to cuff up and he refused saying "open the door I am going to attack you". I called Lt. Knight for a two man rule. The Lt. was not available. I left Hafed locked in the shower until about 1115 when Hafed calmed down. I opened Hafed's cell door then opened the shower and I walked away to the podium. Hafed came out of the shower and walked to his cell and left his door open. I walked from the podium to the door and Hafed was half way in the cell and I closed the door. While closing the cell door Hafed threw water from a cup at me hitting me on the right side of my face. At no time did the door touch Hafed. At about 1409 Hafed asked me to call medical complaining of a shoulder pain from the door hitting him. Medical was advised of the complaint.

Staff Witnesses?  Y  N

Evidence Attached?  Y  N  N/A

Supporting Reports?  Y  N  N/A

DO Howarth
Name of Reporting Officer

07/17/17 @ 1530
Date and Time

_Howarth_
Signature

Reviewed for accuracy prior to investigation by:

_T. Carriles_
Supervisor

7-17-17 @ 1534
Date and Time

Classification Level Change?  Y  N

Level change from _____ to _____

Date: 07/18/2017

To: Hafed, S.

From: M. Knight, Administrative Lieutenant

RE: Incident of Prohibited Acts and Notice of Charges

Detainee Hafed, S

The institutional disciplinary panel hearing will be postponed until Tuesday, 07/19/2017 after an uninvolved supervisor returns to work and is able to review the video footage. The hearing will be conducted between the hours of 8:00 am and 5:00 pm.

This memorandum is being completed for documentary purposes only.

Lieutenant

M. Knight

_M. Knight_

Signature

# INSTITUTION DISCIPLINARY PANEL REPORT

Detainee Name: __Hafed Shaban__    A-Number: __73353789__

ID#: __73353789__ Date of Incident: __7/17/17__ Code(s): __108, 109, 307, 308__

**I.**    Notice of Charge(s):

     A. Advance written notice of charge(s) (copy of Incident Report) was given to the detainee on __7/17/17__ (Date) at __1536__ (Time).

     B. The IDP hearing was held on __7/19/17__ (Date) at __0756__ (Time).

     C. The detainee was advised of his/her rights before this IDP by __GERSTEIN__ (Officer) on __7/17/17__ and a copy of the advisement of rights form is attached.

**II.**    Staff Representative:

     A. Detainee waived his/her right to staff representative: __N/A__

     B. Detainee requested staff representative and __DO Minkes__ appeared. (Staff Representative)

     C. Requested staff representative declined or could not appear but detainee was advised of option to postpone hearing to obtain an alternative staff representative with the following result: __N/A__

**III.**    Presentation of Evidence:

     A. Detainee has been advised of his/her right to present a statement or to remain silent, to present documents, including written statements of unavailable witnesses, and for relevant and material witnesses to appear on his/her behalf.

     B. Summary of detainee's statement: __Hafed stated the staff assaulted him by hitting him with the door and that what caused the officer to get hit by the water when the cup fell and hit the floor.__

     C. Witnesses:

       1. The following persons were called as witnesses at this hearing and appeared: __N/A__

       2. A summary of testimony of each witness is attached __N/A__

       3. The following persons requested were not called for the reason(s) given: __N/A__

       4. Unavailable witnesses were requested to submit written statements and those statements received were considered (statements attached)

       5. Documentary Evidence: In addition to the incident report and investigation, the panel considered the following documents: __Security video was reviewed.__

       6. Confidential information was considered by the IDP and was not provided

to the detainee on _____ N/A _____
(Date)

IV.    Findings:

✓ a. The Act was Committed as Charged   *108*
_____ b. The Following Act was Committed: _____
_____ c. No Prohibited Act was Committed _____

V.    Specific Evidence Relied on to Support Findings:
Security video was reviewed and it showed the
officer closing the cell door normally and then
saw the officer wipe their face down after
being hit by the fluid.

VI.    Sanctions or Action Taken: Offense Severity:
(60) Sixty days disciplinary Segregation for rule violation 108.
No personal property allowed except for legal, religious
and personal hygiene items. No commissary food allowed.
begins on 7/17/17 to 9/14/17.

VII.    Reason for Sanction or Action Taken:
This sanction is appropriate due to the severity of
the situation. This type of behavior undermines the
overall safety and security of the facility.

_____               _____
Hearing Board Chairperson                     7/19/17
                                              Date

_____               _____
Hearing Board Member                          Date

_____               _____
Hearing Board Member                          Date

VIII.    Review and Concur:
   A.  Concur with findings: _____
   B.  Proceedings terminated: _____
   C.  Discipline Imposed: _____

Facility Administrator's Signature: _____

Copy delivered to detainee by: D/O Todd          Date/Time: 7-__-17
                               (Signature and Title)     on  07/20/17
                                                              (Date)

## AURORA DETENTION CENTER (REQUEST FORM - KITE)

Name: Shaghaun Hafeel Lebanon

Nationality: Lebanon

Date: 7-19-2017

Housing/Unit: 6-1

**MARK YOUR REQUEST / MARQUE SU PEDIMENTO**

- ☐ ICE / ☐ INMIGRACIÓN
- ☐ COURT / ☐ CORTE
- ☐ LIBRARY / ☐ BIBLIOTECA    Lt. Andino
- ☐ PHONE CALL / ☐ LLAMADAS TELEFÓNICAS
- ☐ CASE MANAGER - MARSHAL SERVICE

Telephone number/Número de teléfono

**Other Request:**

you gave me in the morning Momorandum that a hearing will takes place today 7-19-2017, from 8:00 am to 6:00 pm, but nothing done. So I demand

TIME/DATE STAMP: 7-19-17  2230

ID #: 73353789

Officer Signature

RESPONSE: I did your hearing at your cell since you refused to come to the office. That's when you gave me your side of the story, 7-19-2017, but Howarth a GEO employee false charges to be dropped. Apologize and GEO must paid as settlement $100.000.00 compensation For failed attempt to murder me by Howarth a GEO employee

Completed YES ☒ NO ☐

BY: _____

DATE: 7/20/17

*Ms Bielan Urgent!*

*Hafed, Sheaban*


The GEO Group, inc.

# REQUEST FOR HEALTH SERVICES
## SOLICITUD PARA SERVICIOS MEDICOS

☐ **Psychological Complaint**
Motivo psicológico

☒ **Medical Complaint**
Motivo médico

☐ **Dental Complaint**
Motivo Dental

Print: **Shaaban Hafed**
Letra-Molde:     Inmate's Name
    Nombre del Preso

Number **73353789**
Numero

Housing Location **E-1**
Sitio de Vivienda

Duty Hours
Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered, and returned. A copy of your request will be filed in your records.

Explique brevemente la razón de su solicitud; recibirá respuesta a su solicitud. Permita varios días para que su solicitud sea procesada. Una copia de su solicitud será archivada en sus récords. Reclusos de habla hispana pueden solicitar dicha asistencia en español.

**PROBLEM/QUEJA:** To the best nurse in the world Ms. Bielan, please provide me with copy of the report you did 2 days ago for investigation purpose.
Also I need x-ray for my shoulder immediately. I am loosing feelings in my right hand from time to time.

Inmate's Signature/Firma del Preso

Date of Request/ Fecha de Solicitud **7-21-2017**

==========**DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA**==========

Date/Time Received: _____

Date/Time Triaged: _____

☐ Emergent
☐ Urgent
☒ Routine

**JUL 21 5:58PM**

☐ Written Response (see below)    ☐ Referred To: _____    ☐ Appointment Made

Triage Nurse: (Signature/Title Stamp) _____ Ljiljana Bjelan, RN

**ACTION TAKEN:** Mr. Hafed, please request the form you need from medical records. You can use same form you use for medical. Whoever is investigator should already have that form or you can ask them to request it if needed. Dr. Peterson ordered x-ray but we do not have x-ray technician available until Monday. You will be called to medical as soon as we have technician available. Thanks!

Ljiljana Bjelan, RN
Medical Staff Signature

Date **7/22/17**

Rev 2/11, 6/11

HS-154 (SP)

*E-1  Hafed          Urgent*



# REQUEST FOR HEALTH SERVICES
## SOLICITUD PARA SERVICIOS MEDICOS

☐ Psychological Complaint
☐ Motivo psicológico

☑ Medical Complaint
   Motivo médico

☐ Dental Complaint
☐ Motivo Dental

Print:  **Shaaban Hafed**
Letra-Molde:   Inmate's Name          **13353789**       **E-1**
               Nombre del Preso         Number           Housing Location      Duty Hours
                                        Numero           Sitio de Vivienda     Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered, and returned. A copy of your request will be filed in your records.

Explique brevemente la razón de su solicitud; recibirá respuesta a su solicitud. Permita varios días para que su solicitud sea procesada. Una copia de su solicitud será archivada en sus récords. Reclusos de habla hispana pueden solicitar dicha asistencia en español.

PROBLEM/QUEJA:  to Nurse Mr Bielen !
please provide me with copy of form report
you did last week for my shoulder I want to
report aisault and attempt first degree murder
against GEO

                                        Shaabt

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Inmate's Signature/Firma del Preso          7 - 26 - 2017
                                            Date of Request/ Fecha de Solicitud

=====DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA=====

Date/Time Received: 7/26/17  2:00
Date/Time Triaged:  7/26/17  2100          Routine

☑ Written Response (see below)  ☐ Referred To: _____    ☐ Appointment Made

Triage Nurse: (Signature/Title Stamp)  Inez McQueen    INEZ MCQUEEN, RN

ACTION TAKEN: Your lawyer may request documentation
on your behalf. You may personally request
a copy of your records, but they will be
placed in your property and given to you upon
your release from this facility. Please re-kite
with further questions.

Medical Staff Signature                     7/26/17
                                            Date

# MEDICAL

## DETAINEE GRIEVANCE FORM

### CASE# *Rejected*

**73353789**
Detainee ID Number

Shaaban Hafid
Detainee Name (Nombre de detenido)

E-1
Dorm (Dormitorio)

Detainee Signature (Firma)

7-11-2017
Date Grievance is Written

Grievance Coordinator Signature

7/12/19
Date Grievance is Received

**Statement of Grievance:**

Enough is enough, you are not a real and affective Med
service you only existing for show off I never got for 9
month a good treatment and medical care which I need
for more then 3 month. Also I living on pain killer no any
diagnosis done to find out why extreme pain I have in
rectum area. I need treatment not pain killer and non
stop pain. I need full once treatment to live normal life

**Relief Sought:**

We need real physicians and experience nurses not
decoration and Facade employees they don't know
to fix IV, no blood test, no urine test to know
what is my sickness and diagnosis of my pain

**Grievance Findings:**

_____

_____

_____

_____

_____

**Department Head Signature/Date:** _____

_____

**Reviewed By/Date:** _____

Assistant Warden of Operations _____

# MEDICAL

## DETAINEE GRIEVANCE FORM

### CASE# _____

733 53 3289    Sloaban Hafed                    E-1
**Detainee ID Number**    **Detainee Name (Nombre de detenido)**    **Dorm (Dormitorio)**

SH                                      7-18-2017
**Detainee Signature (Firma)**              **Date Grievance is Written**

                                        7-19-2017
**Grievance Coordinator Signature**          **Date Grievance is Received**

**Statement of Grievance:**

stop ignoring my serious medical need
my shoulder broken since 1200 p.m when
GEO employee Hojarth slam me to the door
on it, I'm suffering from extreme non stop
pain I need report for police investigation
to press criminal charge against criminal
Hojarth

**Relief Sought:**

Need x ray to my shoulder, need an immediate
doctors examination and to fix and treat
my broken shoulder

**Grievance Findings:**

Top Mark an open grievance on this issue
2017-111

**artment Head Signature/Date:** _____ 7/24/17

**ved By/Date:** _____
          **Assistant Warden of Operations**

# MEDICAL

## DETAINEE GRIEVANCE FORM

### CASE#

Detainee ID Number: 13353789

Detainee Name (Nombre de detenido): Ghanbam Halod

Dorm (Dormitorio): E-1

Detainee Signature (Firma): _(signature)_

Date Grievance is Written: 7-18-2017

Grievance Coordinator Signature: _(signature)_

Date Grievance is Received: 7-19-2017

**Statement of Grievance:**

I need hospitalization to treat my sickness in colon, prostate and rectum. My pain non-stop for more 3 months, you ignoring to negligence was all my requests to be diagnosis correctly through the colonoscope. It is violation of my rights.

**Relief Sought:**

Need now to be transferred to hospital, you are responsible for delaying my treatment and the worsen of my health.

**Grievance Findings:**

You have an open grievance M17-111 on this issue.

Department Head Signature/Date: _(signature)_ 7/24/17

Approved By/Date: _____

Assistant Warden of Operations

JUL 17 5:14

Ll Hafed    *Urgent, Emergency*    **GEO**
The GEO Group, Inc.

# REQUEST FOR HEALTH SERVICES
# SOLICITUD PARA SERVICIOS MEDICOS

| ☐ Psychological Complaint<br>Motivo psicológico | ☒ Medical Complaint<br>Motivo médico | ☐ Dental Complaint<br>Motivo Dental |
|---|---|---|

Print: _Shaaban Hafed_     _733083789_     _E-1_     _Midnight_
Letra-Molde:   Inmate's Name        Number      Housing Location    Duty Hours
        Nombre del Preso         Numero      Sitio de Vivienda   Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered, and returned. A copy of your request will be filed in your records.

Explique brevemente la razón de su solicitud; recibirá respuesta a su solicitud. Permita varios días para que su solicitud sea procesada. Una copia de su solicitud será archivada en sus records. Reclusos de habla hispana pueden solicitar dicha asistencia en español.

PROBLEM/QUEJA: _Dr. Peterson, it is now Midnight, I cannot sleep, the pain is extreme, you failed to transfer me to hospital for correct diagnosis of my rectum's area pain for more than 3 mos, the given pain killer cannot help, why I cannot have adequate treatment ending my pain forever._

_SH_ (Inmate's Signature)

Inmate's Signature/Firma del Preso     _7-16-2017_
                    Date of Request/ Fecha de Solicitud

══════ **DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA** ══════

Date/Time Received: _____

Date/Time Triaged: _____     ☐ Emergent
                            ☐ Urgent
☒ Written Response (see below)  ☐ Referred To: _____     ☒ Routine  _DR_
                                ☐ Appointment Made

Triage Nurse: (Signature/Title Stamp) _____
                    DEIDRE ROSS-PEARSON, RN

ACTION TAKEN: _Appt will be made + copy of your_
_litic will be given to MD_
_____
_____
_____

_Deidre Ross N_
Medical Staff Signature     _7/17/17_
                    Date

Rev 2/11, 6/11                    HS-154 (SP)

Urgent!

# MEDICAL
## DETAINEE GRIEVANCE FORM

Emergency!

CASE# _M17-081_

735-3789     Shadan Herd     E-1
**Detainee ID Number**    **Detainee Name (Nombre de detenido)**    **Dorm (Dormitorio)**

**Detainee Signature (Firma)**

6-6-2017
**Date Grievance is Written**

6-7-2017
**Date Grievance is Received**

**Grievance Coordinator Signature**

**Statement of Grievance:**

I sent 3 requests to medical service to provide
me with pain killer to get relief from extreme
pain in rectum which nobody till now in detention
center medical staff could diagnose it
I am in urgent and emergency condition
still medical staff ignoring my requests for
relief it is negligence

**Relief Sought:**

I need an immediate pain killer for what
took so I will not send requests
I did not get any help for 3 days while
pain is extreme, stop your negligence

**Grievance Findings:**

See attached.

SCOTT VINEYARD, H.S.A.

**partment Head Signature/Date:** _SEV-S, HSA  6/13/17_

**wed By/Date:** _6/14/17_
   **Assistant Warden of Operations**

# MEDICAL

## DETAINEE GRIEVANCE FORM

CASE# _M17-016_

Detainee ID Number: 73353789

Detainee Name (Nombre de detenido): Shaaban Hafid

Dorm (Dormitorio): E-1

Detainee Signature (Firma): _____

Date Grievance is Written: 6-8-2017

Grievance Coordinator Signature: _____

Date Grievance is Received: 6-12-17

**Statement of Grievance:**

It is unacceptable that Ethiopian nurse who is new in this facility refused 2 times to give me Fiber tablets prescribed by doctor. I need it as softener for my chronic pain, she is not nurse who can work with detainees even she did not for four days to add my file card to detainees giving medications daily by distributing nurse in Dorms

**Relief Sought:**

Don't let Ethiopian new nurse to distribute medications in Dorms as she is not professional and not has good job experience and cannot talk nicely to patients

**Grievance Findings:**

See attached.

SCOTT VINEYARD, H.S.A

8R

Department Head Signature/Date: SEV, HSA 6/13/17

Reviewed By/Date: 6/14/17

Assistant Warden of Operations



**The GEO Group, Inc.**

## Aurora Detention Center

### Medical Department

#### Detainee Grievance Response

Detainee Name: Shaban Hafed

Date of Grievance: 6/6/2017, 6/8/2017

Detainee Number: 73353789

Date Grievance Received: 6/7/2017, 6/8/2017

Dorm: E-1

Date of Response: 6/13/2017

**Summary of Grievance:** Claims he requested pain killer. Complains a new staff member did not give him fiber pills as he requested.

**Grievance Response:** A review of your complaint has been conducted. You arrived at this facility on 10/14/2016. According to nursing staff you were brought to medical and given medications to address rectal pain. Additionally nursing staff are not able to administer medication without an order. The order for fiber pills was renewed and you are receiving them.

The medical department at this facility is charged with delivery of necessary medical attention to all detainees remanded to the care and custody of this facility. You have received necessary medical attention. Your cooperation and adherence to established treatment programs will help in improving your medical condition.

Continue to use the Request for Medical Services process (Kites) to make medical staff aware of any changes to your physical condition.

HSA Signature: _SEV, HSA_          Date: _6/13/17_

SCOTT VINEYARD, H.S.A.

# "Fatal Neglect" Report Faults ICE Health Care for Deaths of Detained Immigrants

## by Derek Gilna

THE AMERICAN CIVIL LIBERTIES UNION (ACLU), Detention Watch Network (DWN) and National Immigrant Justice Center (NIJC) issued a joint report, "Fatal Neglect: How ICE Ignores Deaths in Detention," that describes case studies of deficient medical care resulting in the deaths of detained immigrants. The report, released in February 2016, accuses Immigration and Customs Enforcement (ICE) of failing to follow accepted medical practices and even its own revised standards for providing health care to detainees – many of whom are in civil detention awaiting asylum hearings.

According to the report, 56 detainee deaths have occurred in ICE custody during the Obama administration, including six suicides. Federal officials formulated new ICE standards for immigration detention facilities in 2009, then again in 2011. Following the implementation of the 2009 standards, ICE's Office of Detention Oversight (ODO) began producing detainee death reviews, which were obtained by the ACLU through Freedom of Information Act (FOIA) requests.

The more recent 2011 standards were not in effect at ICE facilities during the time period covered by the joint report. However, even though they are considered "the most thorough standards," they still "fall short in significant respects compared to the National Commission on Correctional Health Care (NCCHC) standards for medical care in prison and jail settings."

The report states that the "ACLU's updated FOIA request sought the ODO reviews of 24 deaths that occurred in ICE custody from January 2010 through May 2012," after the 2009 revised standards went into effect. The report focuses on eight detainees who died in ICE custody, and describes in chilling detail the apparent inability – or unwillingness – of ICE to address serious deficiencies in the agency's medical treatment protocols.

Even by January 2014, "139 facilities holding 44 percent of detained immigrants still operated under other, outdated standards that were promulgated as early as 2008, or even in 2000, prior to the creation of ICE." Some of those facilities were not even contractually obligated to follow the new medical treatment standards.

Congress has shown an interest in compelling ICE to improve its medical

care, including in legislation specifying the agency "cannot expend funds to immigration detention facilities that fail two consecutive ... inspections." However, even the new inspections mandated by Congress have many flaws and may not be rigorous enough to markedly improve medical care for detained immigrants.

Deficient inspections clearly contributed to the eight deaths highlighted in the report, which notes that negative inspection findings were "essentially swept under the rug." A lack of accountability and transparency was widely seen as contributing to health care inadequacies at ICE facilities, as has been the case with other federal agencies such as the federal Bureau of Prisons. The ACLU, DWN and NIJC complained that ICE continues to

drag its feet in complying with their latest FOIA requests regarding detainee medical-related issues.

The three organizations made several recommendations to improve ICE's health care system. First, reduce the number of detainees to maximize resources available for medical care. ICE currently operates under a "bed mandate" that requires the agency to hold at least 34,000 detainees at any given time. [See: *PLN*, Jan. 2016, p.46]. Second, improve the delivery of medical care by requiring all detention facilities to adopt ICE's 2011 standards, by revising them to incorporate NCCHC standards for medical care in prisons and jails, and by "end[ing] the use of private for-profit detention facilities and for-profit medical care sub-contractors." Third, improve the quality

of ICE detention facility inspections, to ensure that if problems are uncovered they are promptly corrected, by dismantling the agency's "culture of secrecy."

Lastly, increase the transparency of inspections, in-custody deaths and medical incidents at immigration detention facilities by making ODO death reviews, inspection reports and related documents publicly available, and by creating an "independent medical advisory committee to investigate deaths that occur in detention."

Source: *"Fatal Neglect: How ICE Ignores Deaths in Detention," by the ACLU, Detention Watch Network and National Immigrant Justice Center (Feb. 2016); available at: www. aclu.org, www.detentionwatchnetwork.org or www.immigrantjustice.org*

## DISCIPLINARY SEGREGATION REVIEW

On <u>08/02/2017</u> Administrative Lieutenant, <u>Gerstein,</u> conducted a formal review of the
     (Date)                                       (LT Name)

Disciplinary Segregation status of <u>Hafed, S</u>    <u>73353789</u>
                             (Detainee Name)     (ID#)

Date Disciplinary Segregation began: <u>05/31/2017</u>

Date Disciplinary Segregation ends: <u>09/14/2017</u>

Detainee has been in Disciplinary Segregation for _____ 64 _____ days.

**The following factors were reviewed with the results as indicated:**

|  | YES | NO |
|---|---|---|
| 1. Does the reason for initial placement remain valid? | | |
| 2. Does the detainee pose a threat to himself? | [X] | [ ] |
| 3. Does the detainee pose a threat to others? | [ ] | [X] |
| 4. Does the detainee pose a threat to property? | [ ] | [X] |
| 5. Does the detainee pose a threat to security? | [ ] | [X] |
| 6. Is the detainee defiant towards authority? | [ ] | [X] |
| 7. Is the detainee unwilling or unable to live in the general population? | [ ] | [X] |
| 8. Is the detainee's habitual conduct, language, or behavior of a type which may provoke or instigate stressful/violent situations amongst the general population? | [X] | [ ] |

If any of the above factors are marked "Yes", the detainee must continue his/her existing status, unless the Facility Administrator determines otherwise. If all factors are marked "No", the detainee may be released.

## DOCUMENT REVIEW

| | | |
|---|---|---|
| 1. Is the detainee being offered three showers/week and taking showers? | | |
| 2. Is the detainee exercising at least one hour daily, 5 days a week? | [ ] | [ ] |
| 3. Is the detainee being offered three meals daily and consuming at least one meal daily? | [ ] | [ ] |
| 4. Is the detainee receiving daily visits from medical staff? | [X] | [ ] |
| 5. Are the special housing officers signing and properly filling out the special housing assignment activity sheets? | [X] | [ ] |
| | [X] | [ ] |

A "No" answer to any of the above questions will require notification of the Captain.

I have received a copy of this review _____ / _____ .
                               (Detainee Signature)      (ID#)

For the reasons above, I recommend [ ] do not recommend [✓] removal from DS status. End of disciplinary time.

Administrative Lieutenant Signature: _____ Date: 8/2/17

[ ] Concur with Recommendation
[ ] Release
[✓] Continue Status

Warden's Signature: _____ Date: 8/2/17

Rev. 0309